UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MITCHELL,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>C. PFEIFFER,<br><br>　　　　　Respondent. | Case No. 1:20-cv-00274-JDP (HC)<br><br>ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

Petitioner Michael Mitchell, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1. The petitioner is challenging a conviction from San Bernardino County, which is in the Eastern Division of the Central District of California. *Id*. Petitioner is currently incarcerated in Kern County, which is part of the Fresno Division of this court. Under 28 U.S.C. § 2241(d), venue is proper in the judicial district where the petitioner was convicted or the judicial district where petitioner is incarcerated. Therefore, both the Central District of California and the Eastern District of California have concurrent jurisdiction. *See* 28 U.S.C. § 2241(d). Pursuant to Local Rule 120(f), a civil action that has not been commenced in the appropriate court may, on the court's own motion, be transferred. Because petitioner is attacking the validity of his San Bernardino County conviction, we will transfer this case to the Central District of California for the ease and convenience of the parties and the court. *See id*.

1

**Order**

1. This action is transferred to the Eastern Division of the United States District Court for the Central District of California;

2. The court has not ruled on petitioner's motion for counsel, ECF No. 2, and motion to proceed in forma pauperis, ECF No. 3; and

3. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> Central District of California
> Eastern Division
> 3470 Twelfth Street
> Riverside, CA 92501-3801

IT IS SO ORDERED.

Dated:   February 26, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 206.